1  Kamala D. Harris
   *Attorney General of California*
2  Sara J. Drake (CA SBN 102565)
   *Senior Assistant Attorney General*
3  Timothy M. Muscat (CA SBN 148944)
   *Deputy Attorney General*
4  William P. Torngren (CA SBN 58493)
   *Deputy Attorney General*
5  1300 I Street, Suite 125
   P.O. Box 944255
6  Sacramento, CA 94244-2550
   Telephone: 916-323-3033
7  Fax: 916-323-2319
   E-mail: William.Torngren@doj.ca.gov
8  *Attorneys for Plaintiff*

9  Robert A. Rosette (CA SBN 224437)
   Richard J. Armstrong (CA SBN 225191)
10 Alex A. Lozada (CA SBN 275416)
   ROSETTE, LLP
11 ATTORNEYS AT LAW
12 193 Blue Ravine Rd., Suite 255
   Folsom, California 95630
13 (916) 353-1084 (Office)
   (916) 353-1085 (Fax)
14 rosette@rosettelaw.com
   armstrong@rosettelaw.com
15 alozada@rosettelaw.com

16 *Attorneys for Defendant*
17 *Paskenta Band of Nomlaki Indians*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, | Case No.: 2:14-cv-01449-KJM/CMK |
| Plaintiff, | **STIPULATION AND ORDER FOR LIMITED MODIFICATION OF ORDER GRANTING PRELIMINARY INJUNCTION** |
| vs. | |
| PASKENTA BAND OF NOMLAKI INDIANS, a federally recognized Indian tribe; | |
| Defendant. | |

1                             CASE NO. 2:14-cv-01449-KJM/CMK
STIPULATION & ORDER

Rosette, LLP
Attorneys at Law
121 W. Chandler Blvd.
Suite 212
Chandler, AZ 85255

## ORDER

The Court, having considered the Stipulation, filed on October 10, 2014, and being satisfied that good cause exists:

**NOW, THEREFORE**, **IT IS HEREBY ORDERED** that:

1. The current Order shall be modified to allow for the possession, carrying, and display of firearms on the Tribal Properties (as that term is defined in the Order) from October 10, 2014, through October 20, 2014, for the limited purpose of attending and participating in the Event to take place at the ClearCreek Sports Club, located behind the Casino. The possession, carrying, and display of firearms on the Tribal Properties will continue to be prohibited for any other purpose.

2. Notwithstanding the above, the Order will otherwise remain in full force and effect until resolution of the case or by further order of this Court.

IT IS SO ORDERED.

Dated: October 10, 2014

_____
UNITED STATES DISTRICT JUDGE

Rosette, LLP
Attorneys at Law
212 W. Chandler Blvd.
Suite 212
Chandler, AZ 85255

2

CASE NO. 2:14-cv-01449-KJM/CMK
STIPULATION & ORDER